IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**BRENTLY CONNELL RUBSAM,**

**Defendant.**                                          No. 08-CR-30005-DRH

### ORDER

**HERNDON, Chief Judge:**

Now before the Court is Assistant Federal Public Defender Daniel G. Cronin's motion to withdraw as counsel for Defendant (Doc. 21). Mr. Cronin contends that the Federal Public Defender's Office has a conflict of interest. Accordingly, the Court **GRANTS** the motion. The Court **APPOINTS** attorney Brian K. Trentman, 251 East St. Louis Street, Nashville, Illinois 62263 to represent Defendant. The Court reminds the parties that this matter is set for jury trial September 15, 2008.

**IT IS SO ORDERED.**

Signed this 14th day of May, 2008.

/s/   David R Herndon
**Chief Judge**
**United States District Court**