IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRENTLY CONNELL RUBSAM,

Defendant.                                   No. 08-CR-30005-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is attorney Brian Trentman's motion to withdraw (Doc. 24). On July 9, 2008, attorney Matthew A. Radefeld entered his appearance on behalf of Rubsam (Doc. 25). Accordingly, the Court **GRANTS** the motion.

**IT IS SO ORDERED.**

Signed this 10th day of July, 2008.

/s/    David R Herndon
**Chief Judge**
**United States District Court**