IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**BRENTLY CONNELL RUBSAM,**

**Defendant.**                                   **No. 08-CR-30005-DRH**

## MEMORANDUM and ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's August 21, 2008 motion to continue trial setting (Doc. 28). Defendant states that his counsel needs more time to view and analyze additional discovery that had been confiscated by federal agents and to consult with a computer expert. The Court being fully advised in the premises finds that Defendant's counsel needs more time to review the additional discovery and to consult with a computer expert. Further, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial.

Therefore, the Court **GRANTS** Defendant's motion to continue trial setting (Doc. 28). The Court **CONTINUES** the jury trial scheduled for September 15,

2008 to **Monday, October 27, 2008 at 9:00 a.m.** The time from the date the original motion was filed, August 21, 2008, until the date to which the trial is rescheduled, October 27, 2008, is excludable time for the purposes of speedy trial. The parties shall notify the Court if a change of plea hearing is necessary.

**IT IS SO ORDERED.**

Signed this 25th day of August, 2008.

/s/      David R Herndon
**Chief Judge
United States District Court**