IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**BRENTLY CONNELL RUBSAM,**

**Defendant.**                                        **No. 08-CR-30005-DRH**

## MEMORANDUM and ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's January 14, 2009 consent motion to continue trial setting (Doc. 35). Defendant maintains that he and the Government have engaged in plea negotiations and that a plea disposition has been made between the parties. The Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial. Further, the Court finds that a continuance is warranted to allow the parties and the Court to conduct the plea hearing.

Therefore, the Court **GRANTS** Defendant's consent motion to continue trial setting (Doc. 35). The Court **CONTINUES** the jury trial scheduled for January 26, 2009 to **Monday, March 30, 2009 at 9:00 a.m.** The time from the date the original motion was filed, January 14, 2009, until the date to which the trial is

rescheduled, March 30, 2009, is excludable time for the purposes of speedy trial. Further, the Court **SETS** this matter for a change of plea on March 13, 2009 at 1:30 p.m.

        **IT IS SO ORDERED.**

        Signed this 15th day of January, 2009.

        /s/      David R Herndon
        **Chief Judge**
        **United States District Court**