IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**BRENTLY CONNELL RUBSAM,**

**Defendant.**                                    **No. 08-CR-30005-DRH**

## MEMORANDUM and ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's motion to proceed without prepayment of costs and affidavit in support (Doc. 61). Based on the following, the Court reserves ruling on the motion.

**28 U.S.C. § 1915(a)(1)** provides that a federal district court may authorize a prisoner to commence a criminal appeal without prepayment of fees if he submits an affidavit that includes a statement of all assets he possesses and shows that he is unable to pay fees or give security for the appeal. The affidavit must also state the nature of the appeal and the affiant's belief that he is entitled to redress. Further, Federal Rule of Appellate Procedure 24 provides in part:

> Except as stated in Rule 24(a)(3), a party to a district-court action who desires to appeal in forma pauperis must file a motion in the district court. The party must attach an affidavit that:
> (A) shows in detail prescribed by Form 4 of the Appendix of Forms, the

party's inability to pay or give security for fees and costs;
(B) claims an entitlement to redress; and
(C) states the issues that the party intends to present on appeal.

**FED.R.APP.P. 24(a)**.

Here, Rubsam's motion is insufficient. It does not contain the required affidavit. His motion simply states that he is entitled to redress, that because of his poverty he is unable to pay the costs or give security and that he is appealing his sentence. Accordingly, the Court **RESERVES** ruling on the motion at this time. The Court **ALLOWS** Rubsam up to and including July 20, 2009 to file the required affidavit.

**IT IS SO ORDERED.**

Signed this 9th day of July, 2009.

/s/      DavidRHerndon
**Chief Judge**
**United States District Court**